People v Robbins (2024 NY Slip Op 00031)

People v Robbins

2024 NY Slip Op 00031

Decided on January 04, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 04, 2024

Before: Oing, J.P., Moulton, Kapnick, Higgitt, JJ. 

Ind No. 2199/18 Appeal No. 782 Case No. 2021-02597 

[*1]The People of The State of New York, Respondent, 
v
Lamont Robbins, Defendant-Appellant.

Mark W. Zeno, Center for Appellate, Litigation, New York (Benjamin Wiener of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Charles F. Hickerson, IV of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Ethan Greenberg, J. at plea; Albert
Lorenzo, J. at sentencing), rendered July 01, 2021, convicting defendant, upon his plea
of guilty, of three counts of criminal contempt in the first degree, and sentencing him, as
a second felony offender, to an aggregate term of 6 to 12 years, unanimously
modified, on the law, to the extent of amending the sentence and commitment sheet to
reflect that defendant was sentenced as a second felony offender rather than a second
violent felony offender and to reflect that defendant pleaded guilty to counts 5, 11 and 17
of the indictment rather that counts 5, 6 and 11, and otherwise affirmed.
We perceive no basis for reducing the sentence.
The People concede that the sentence and commitment sheet should be amended
as indicated.
The Decision and Order of this Court entered herein on October 12, 2023 is hereby recalled and Vacated (see M-4693 decided simultaneously herewith).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 4, 2024